■ RICHARD N. DJEDDAH, Plaintiff, v RACHEL DJEDDAH, Defendant. SJFM, LLC, Intervenor-Respondent, v RICHARD N. DJEDDAH et al., Defendants, and RACHEL DJEDDAH, Respondent. GOLDMAN & GREENBAUM, P.C., Nonparty Appellant. [8 NYS3d 573]—

Appeal from orders, Supreme Court, New York County (Matthew F. Cooper, J.), entered March 25, 2013 and April 24, 2013, upon consent, which, inter alia, directed Chicago Title Insurance Company to remit the sum of $275,000 from the proceeds of the sale of the parties' Scarsdale property to intervenor-plaintiff, directed the receiver to release $221,851.03 to nonparty appellant in full satisfaction of any claims it has against the receiver and in full satisfaction of its charging lien, and denied appellant's cross motion to direct the receiver to release $443,880.58, unanimously dismissed, with costs.

Since the orders were entered upon appellant's consent, appellant is not aggrieved by them. Concur—Tom, J.P., Friedman, Sweeny, Saxe and Clark, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOANNA ROMERO, Appellant. [8 NYS3d 574]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Richard D. Carruthers, J.), rendered on or about January 15, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Sweeny, Saxe and Clark, JJ.